IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DERRICK SMITH,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                            13-cv-591-wmc

PAUL MERGENDAHL, MELEE THAO,
MARATHON CO. JAIL GUARDS (JOHN
DOE) and JOHN & JANE DOE MEDICAL
STAFF,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Derrick Smith's request for leave to proceed and dismissing this case without prejudice for failure to exhaust available administrative remedies as required by 42 U.S.C. § 1997a(e).

| /s/ | 11/22/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |